**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

| Case No.: | 12-09653 | Trustee Name: | Richard E. Boston |
|---|---|---|---|
| Case Name: | BENTLEY, DONNA MAE | Date Filed (f) or Converted (c): | 08/13/2012 (f) |
| For the Period Ending: | 03/31/2019 | §341(a) Meeting Date: | 10/03/2012 |
| | | Claims Bar Date: | 04/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  cash on hand | $50.00 | $0.00 | OA | $0.00 | FA |
| 2  checking account with First Merchants Bank | $39.00 | $0.00 | OA | $0.00 | FA |
| 3  miscellaneous household goods | $500.00 | $0.00 | OA | $0.00 | FA |
| 4  pictures | $100.00 | $0.00 | OA | $0.00 | FA |
| 5  wearing apparel | $500.00 | $0.00 | OA | $0.00 | FA |
| 6  jewelry-wedding rings | $600.00 | $0.00 | OA | $0.00 | FA |
| 7  Medical malpractice claim on behalf of deceased | $0.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 8  entered in error | $0.00 | $0.00 | OA | $0.00 | FA |
| 9  2007 Dodge Caravan | $6,500.00 | $0.00 | OA | $0.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Asset**
     $8,289.00          $5,000.00               $0.00              $5,000.00

**Major Activities affecting case closing:**

03/29/2019  after receiving a successful report by the Indiana Insurance Commission Medical Review Panel, the case has now moved into state court.  Mediation is presently scheduled for 07/16/19 with a final pre-trial conference scheduled for 03/20/30 and a jury trial to begin on 4/14/20

01/26/2018  It looks like the a decision will not be made by the IN Insurance Commission until the end of this year and if favorable to the debtor, litigation will likely follow.

03/22/2017  Special counsel advised that the parties are still in the process of submitting evidence to the Medical Review Panel.  Due to the fact there are several defendants, they now expect this process to last through 2017.  Only after all evidence is submitted, will the panel review the matter.

03/31/2016  sp co has advised the te that an opinion of the Medical Review Panel should be received by 07/19/16.

04/08/2015  Sp Co has advised the te that the parties are still in the process of selecting members of the Medical Review Panel.  Presently there are no deadlines/conferences/hearings or trial dates set in either the Department of Insurance's claim or the Marion County Court case.

03/20/2015  Special counsel is continuing to pursue med-mal case, which is pending before the Indiana Dept of Insurance.  To the best of trustee's knowledge, the case is still in the hands of the Department of Insurance medical panel with no decision as yet.  Trustee wrote to special counsel three weeks ago for an update and has had no response to date.

01/07/2013  medical malpractice claim

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 12-09653 | | **Trustee Name:** | Richard E. Boston |
| **Case Name:** | BENTLEY, DONNA MAE | | **Date Filed (f) or Converted (c):** | 08/13/2012 (f) |
| **For the Period Ending:** | 03/31/2019 | | **§341(a) Meeting Date:** | 10/03/2012 |
| | | | **Claims Bar Date:** | 04/10/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**  12/30/2014        **Current Projected Date Of Final Report (TFR):**  07/15/2019        /s/ RICHARD E. BOSTON

                                                                                                                                     RICHARD E. BOSTON